IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-08-438 |
| DAVID RICH, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

On December 16, 2021, this Court GRANTED Defendant David Rich's motion for compassionate release and ordered a resentencing hearing to determine appropriate degree of sentence reduction. (Memorandum Order, ECF No. 166.) On June 27, 2022, this Court conducted that resentencing hearing at which it heard the arguments of counsel, the statements of witnesses in support of the Defendant, and the Defendant's own allocution. For the reasons set forth on the record and as memorialized in a forthcoming Judgment and Commitment Order, Defendant David Rich's sentence shall be modified as follows: as to Count 1 of the Superseding Indictment, Rich shall be committed to the custody of the Bureau of Prisons for a term of 156 months; as to Count 2, he shall be committed for a term of 156 months to run concurrent to Count 1; as to Count 4, he shall be committed for a term of 120 months to run concurrent to Counts 1 and 2; as to Count 5, he shall be committed for a term of 156 month to run concurrent to Counts 1, 2, and 4; and as to Count 3, he shall be committed for a term of 60 months to run consecutive to the sentences imposed on Counts 1, 2, 4, and 5 for a total term of imprisonment of 216 months. This

Court notes that the sentences imposed on Counts 3 and 4 remain unchanged from Judge Blake's prior order reducing Rich's sentence. (Order, ECF No. 127.) After he is released from prison, Rich shall be placed on supervised release for a term of 5 years on Count 1; 4 years on count 2; 3 years on Counts 3 and 4; and 2 years on Count 5. All of those terms shall run concurrent to one another for a total term of supervised release of 5 years.

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge

Date: June 27, 2022