

September 27, 2022

The Honorable Richard D. Bennett
U.S. District Judge
United States District Court for the District of Maryland - Northern District

Dear Judge Bennett:

    Allow me to extend my gratitude for your leadership during these difficult times. My most sincere thanks for being extremely professional, fair, honest, and respectful. I am confident that I speak for myself and those who have come before you because you are knowledgeable and impartial. The decision you made in my case, as well as others, shows you are passionate, fair, unbiased, and upheld the laws that and this is not just a job. I admire your composure, work ethic, and, mostly, your excellent representation of the law and court system. Despite the circumstances, I have won my life back because of you.

    Judge Bennett, I wanted to make you aware of my current situation. It has been three months since I was in your courtroom, and I am still waiting to be transferred back into the Federal Bureau of Prisons custody. While I am incredibly grateful for the sentence reduction you ordered, I am still concerned about myself, my family, and, most importantly, my sons. While housed at the Chesapeake Detention Facility, I have had an opportunity to experience and see the high volume of violent crimes and murders within the city, especially amongst the youth. These crimes are alarming to me, mainly because of my two teenage sons, both in high school as freshmen and sophomores. They are vulnerable, and my most significant concern is not being there to assist, guide, and protect them from falling into a life of crime or being a victim of crime. My fiancé is a School Counselor at Mergenthaler Vocational Technical High School, where a young man on her caseload was murdered on the school grounds. She was devastated and disheartened, but she continues to push forward, working and making a difference in other students' lives while honoring those we lost. This reminds me why I want to have my mentoring program with inner city males. I plan to assist and work with my family member, Timothy Rich. He has a youth mentoring program, R.I.C.H Foundation (Reaching Innocent Children's Heart), and an opportunity to work with Wayne Brewton for Safe Streets mentoring and violence prevention. As stated in my previous letters and resentencing hearing, I also have an employment opportunity awaiting me.

    While being incarcerated here I have had an opportunity to speak with several of the young males who are awaiting trial. The constant theme is a lack of positive male role models and father figures. Many of them had a different upbringing than myself and I would have considered some of these young men privileged with a loving home and families, however they feed into peer pressure which ultimately landed them here. I have been preparing them for their new life in the Federal Prison Breaus and how to make their situation better by recommending educational and career pathway programming. Being more involved with spiritual and religious programs. Advising them that the more they resist the worse they will make their stay with infractions and disciplinary issues which leads to adding more time and being sent further away from their families. This is my way of assisting in addition to mediating conflict and violence.

    Judge Bennett, I am asking if you would please consider home detention and/or work release for me. I am just sitting here waiting to be transferred back into Federal Bureau of Prisons custody without any resources or educational programs to support and prepare me for my release or build my professional capacity. In addition, this creates a delay in having my sentence computation team meeting because I am still here (Chesapeake Detention Facility, Baltimore, MD). I cannot meet with my Case Manager and Counselor to provide a signature on my paperwork and have it submitted to Grand Prairie for the Designation and Sentence Computation Center. As I stressed in court, Your Honor, I want to correct my

wrongs and be a father to my children, as I have already missed many milestones. I understand if home detention isn't an option; however, I was compelled to ask, especially given the past seven months I've been in the city to watch and hear the local news. I want to be a part of the solution and protect my children so they may not fall victim to this vicious cycle.

Thank you, Your Honor, for helping me through this tough time and aiding a new beginning in my life. Thank God for your knowledge of the law, and I promise you I will never come before you again in this nature.

Sincerely,

*David Rich*

David Rich